# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Southern Federal Pilot, Inc. ) | ASBCA No. 61083 |
| ) | |
| Under Contract No. N68836-17-D-0002 ) | |

APPEARANCE FOR THE APPELLANT:     Edward J. Kinberg, Esq.
                                  Widerman Malek, PL
                                  Melbourne, FL

APPEARANCES FOR THE GOVERNMENT:   Ronald J. Borro, Esq.
                                  Navy Chief Trial Attorney
                                  Joe D. Baker II, Esq.
                                  Trial Attorney
                                  NAVSUP Fleet Logistics Center
                                  Jacksonville, FL

## ORDER OF DISMISSAL

Appellant's unopposed request, dated 26 April 2017, to withdraw its appeal is granted. The appeal is dismissed without prejudice to the prosecution of ASBCA No. 61119.

Dated: 4 May 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61083, Appeal of Southern Federal Pilot, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals